\*\* **E-filed May 29, 2012** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLANCA MALDONADO, | No. C11-00969 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion to summary judgment and granted defendant's cross-motion for summary judgment, IT IS ORDERED AND ADJUDGED THAT judgment be entered in favor of the Commissioner of Social Security. This constitutes a final judgment under 42 U.S.C. 405(g) and Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: May 29, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00969 HRL Notice will be electronically mailed to:**

Steven Chabre     chabre66@yahoo.com
Susan Smith      Susan.L.Smith@ssa.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**